UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PETER RODOLFY,

            Plaintiff,

  -against-

THE LONG ISLAND RAILROAD COMPANY

           Defendants,

-------------------------------------------------------------------X

COMPLAINT

PLAINTIFF DEMANDS
TRIAL BY JURY

    Plaintiff, by his attorney, FREDRIC M. GOLD PC, complaining of the defendant, respectfully shows to this Court and alleges:

    1. The action herein arises under the Federal Employer's Liability Act (45 U.S.C. Sec. 51 et al.).

    2. Upon information and belief and at all times herein mentioned, the defendant was a public benefit corporation organized and existing under and by virtue of the laws of the State of New York.

    3. Upon information and belief and at all times herein mentioned, the defendant had been and still is doing business in the County of Queens, State of New York, within the jurisdiction of this Court.

1

4. At all times herein mentioned, the defendant was and now is a common carrier by rail engaged in interstate commerce between different states in the United States.

5. That on or about January 30, 2015 and at all times hereinafter mentioned the defendant employed the plaintiff in furtherance of its business in interstate commerce.

6. That on or about January 30, 2015 and at all times hereinafter mentioned, the defendant maintained and controlled railroad operations which included the Long Island Railroad's Overhaul Shop in Hillside Queens and its environs in the County of Queens, in the State of New York, including offices, tracks, rails, tunnels, switches, sidings, roadbeds and appurtenances thereto, over through and upon which the defendant operated its engines, trains and cars under its direction and control.

7. That on or about January 30, 2015 and at all times hereinafter mentioned, while the plaintiff, as an employee of the defendant, was in the performance of his duties as a Car Repairman at or near the aforesaid location, he was caused to sustain severe and disabling injuries as a result of the negligence, carelessness and recklessness of the defendant in failing to provide him with a safe place in which to work as hereinafter set forth.

8. That on or about January 30, 2015 and at all times hereinafter mentioned, at the aforestated location, the plaintiff was pushing an M7 truck assembly by himself to

Track #12 when the truck struck a turntable and shifted, causing the plaintiff's foot to slide out and his right knee to twist.

9. That said accident and resulting injuries to the plaintiff were caused solely by reason of the negligence, carelessness and recklessness of the defendant, its agents, servants and/or employees' in failing to exercise due care and diligence; in failing to provide plaintiff with a safe place to work and safe equipment with which to work; in failing to promulgate safety rules and procedures for activities carried out by their personnel at the aforesaid place; in failing to warn plaintiff of the existence of the dangers involved in the performance of his duties as a Car Repairman; in failing to have procedures in place for the movement of a truck assembly; in failing to have a walk behind to assist in moving a truck assembly; in failing to assign someone to move the truck assembly with the plaintiff; in failing to have rules in place regarding the safe transfer of truck assemblies; in failing to enforce rules for the safe transfer of truck assemblies when assigning tasks by supervisors' in failing to make proper and adequate provision for the safety of plaintiff; in that the defendant failed to promulgate and enforce proper and safe rules for the safe conduct of the work operation of the railroad, and the defendant was otherwise generally negligent under the circumstances.

10. That the said injuries were incurred while the plaintiff was acting in furtherance of interstate commerce, or in work substantially affecting the same.

11. That the plaintiff was damaged in a sum in excess of SEVENTY-FIVE THOUSAND ($75,000.00).

WHEREFORE, plaintiff demands judgment against defendant THE LONG ISLAND RAILROAD COMPANY, in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) together with costs and disbursements.

Dated: New York, New York
January 2, 2018

                    FREDRIC M. GOLD, PC
                    Attorney for Plaintiff

                    By: Fredric M. Gold (3286)
                    450 Seventh Avenue
                    New York, New York 10123
                    212.244.2740

To:     The Long Island Railroad Company
       Legal Department
       Jamaica Station
       Jamaica, New York 11435